

**IT IS ORDERED as set forth below:**

**Date: May 22, 2014**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| THE GINGRICH GROUP, LLC d/b/a CENTER FOR HEALTH TRANSFORMATION<br>Debtor. | CHAPTER 7<br><br>CASE NO. 12-59065-MGD |

## ORDER

Barbara B. Stalzer ("Trustee"), as trustee for the bankruptcy estate of The Gingrich Group, LLC d/b/a Center for Health Transformation ("Debtor") has filed a motion ("Motion"), seeking approval of a settlement agreement ("Settlement Agreement") by and between Trustee and Newton L. Gingrich ("Gingrich"), and Gingrich Productions, Inc. ("Productions") (Gingrich and Productions are collectively the "Gingrich Parties").  A copy of the Motion is found at Docket

{21168/006/01162489.DOCv2}-1-

Number 91. No objections to the Motion were filed. Present at the hearing were the Trustee, her counsel, Martha A. Miller, and her forensic accountant, Spence Shumway. B. Summer Chandler was present representing the Gingrich Parties. Ben L. Carlsen attended for creditor Chain Bridge Bank raising certain concerns with respect to the Settlement Agreement on behalf of Chain Bridge Bank and Debtor's former landlord and creditor, B.G.W. Limited Partnership. No objections to the Settlement Agreement were made at the hearing.

In consideration of the concerns of the creditors, the Trustee requested that the Court conditionally approve the Settlement Agreement subject to the Trustee's review of certain financial information and certification to the Court that she is satisfied that the terms of the Settlement Agreement are financially sound. The Trustee has agreed to file a motion for a protective order to protect the content and distribution of the financial information. The Gingrich Parties have agreed to provide such information to the Trustee within ten (10) days from the entry of the protective order. The Trustee is to review the information and file a certification of her conclusions within ten (10) days after receipt of the information.

Provided Trustee files a certification indicating her belief that the terms of the Settlement Agreement are sound, the Court's conditional approval of the Settlement Agreement in this Order shall comprise final approval upon the filing of such certification.

Based on the representations made at the Hearing and the record in this bankruptcy proceeding, the Court finds that the relief requested in the Motion is in the best interest of the Debtor's estate and creditors, and good cause exists to grant the relief requested in the Motion and subject to the above conditional terms, the Settlement Agreement is **APPROVED** and Trustee's Motion is **GRANTED**.

**PREPARED AND PRESENTED BY:**

| | |
|---|---|
| */s/ Martha A. Miller*<br>Martha A. Miller<br>Georgia Bar No. 507950<br>SCHULTEN WARD & TURNER, LLP<br>260 Peachtree Street, NW, Suite 2700<br>Atlanta, GA  30303<br>Tel:  (404) 688-6800<br>mam@swtlaw.com<br><br>*Counsel for Barbara B. Stalzer, Chapter 7 Trustee for Gingrich Group, LLC, d/b/a Center for Health Transformation* | */s/ B. Summer Chandler*<br>B. Summer Chandler<br>Georgia Bar No. 120521<br>Stefan Passantino<br>Georgia Bar No. 565845<br>McKENNA LONG & ALDRIDGE LLP<br>303 Peachtree Street, Suite 5300<br>Atlanta, Georgia 30308<br>Tel:  (404) 527-4000<br>Fax:  (404) 527-4198<br>schandler@mckennalong.com<br><br>*Counsel for Newton Gingrich and Gingrich Productions, Inc.* |

{21168/006/01162489.DOCv2}